806

Commission in opposition in No. 112, Misc. Reported below: No. 34, Misc., 105 U. S. App. D. C. 219, 265 F. 2d 593; No. 112, Misc., 106 U. S. App. D. C. 14, 268 F. 2d 889.

No. 71. DE VEAU *v.* BRAISTED, DISTRICT ATTORNEY. Appeal from the Court of Appeals of New York. Probable jurisdiction noted. *Thomas W. Gleason* for appellant. *Thomas R. Sullivan* for appellee. *Nanette Dembitz* filed a brief for the New York Civil Liberties Union, as *amicus curiae,* in support of appellant.

No. 74. AMERICAN TRUCKING ASSOCIATIONS, INC., ET AL. *v.* UNITED STATES ET AL. Appeal from the United States District Court for the District of Columbia. Probable jurisdiction noted. *Peter T. Beardsley* for appellants. *Robert W. Ginnane* for the Interstate Commerce Commission, *Edward M. Reidy, William Meinhold* and *Robert L. Pierce* for Pacific Motor Trucking Co., and *Henry M. Hogan, Walter R. Frizzell* and *Beverley S. Simms* for General Motors Corp., appellees.

No. 86. HURON PORTLAND CEMENT CO. *v.* CITY OF DETROIT ET AL. Appeal from the Supreme Court of Michigan. Probable jurisdiction noted. *Alfred E. Lindbloom, Charles Wright, Jr.* and *Laurence A. Masselink* for appellant. *Nathaniel H. Goldstick* for appellees.

No. 80. SCRIPTO, INC., *v.* CARSON, SHERIFF, ET AL. Appeal from the Supreme Court of Florida. Probable jurisdiction noted. *Ernest P. Rogers* for appellant.